COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-225-CV

MITX, LTD., WHITE RENO INVESTORS, LTD., APPELLANTS

AND WELLS RENO INVESTORS, LTD. 

V.

GORDON S. SWIFT CONSULTING ENGINEER, INC. APPELLEE

----------

FROM THE 236
TH
 DISTRICT COURT 
OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Amended Notice Of Dismissal Of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the appellants, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DELIVERED:  September 21, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.